AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
IN OPEN COURT

OCT - 6 2022

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America<br>v.<br>Kevin Lee<br><br>*Defendant* | )<br>)  Case No. 1:22-cr-135<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/06/2022

*Defendant's signature*

*Signature of defendant's attorney*

Robert Jenkins, Esq.
*Printed name of defendant's attorney*

/s/
Michael S. Nachmanoff
United States District Judge
*Judge's signature*

The Hon. Michael S. Nachmanoff
*Judge's printed name and title*

/s/