IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

OCT − 6 2022

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 1:22-CR-135 (MSN) |
| ) | |
| KEVIN HYUNGJIN LEE, ) | Count 1: Wire Fraud |
| ) | (18 U.S.C. § 1343) |
| Defendant ) | |
| ) | Forfeiture Notice |
| ) | |

CRIMINAL INFORMATION

Count 1

THE UNITED STATES ATTORNEY CHARGES THAT:

1. From at least in or about October 2018 through in or about August 2021, in the Eastern District of Virginia and elsewhere, the Defendant, KEVIN HYUNGJIN LEE, intentionally devised and intended to devise a scheme and artifice to defraud by embezzling money from his employer, "Company A."

2. On or about December 17, 2019, in furtherance of his fraud scheme and for the purpose of executing the scheme, LEE sent an unauthorized ACH transfer of $9,741.02 from Company A's bank account to LEE's personal bank account, which resulted in an interstate wire communication being transmitted from within the Eastern District of Virginia to a server outside of Virginia in order to execute the transaction.

(In violation of Title 18, United States Code, Section 1343.)

## FORFEITURE NOTICE

Pursuant to Federal Rule of Criminal Procedure 32.2(a), KEVIN HYUNGJIN LEE is hereby notified that upon his conviction for the above offense, KEVIN HYUNGJIN LEE shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the defendant's interest in any property, real or personal, constituting or derived from proceeds traceable to the offense.

The assets subject to forfeiture include, but are not limited to, the following: (1) a monetary judgment in the amount of not less than $7,016,129.50, representing the proceeds the defendant obtained as a result of the violation described in this Criminal Information.

Pursuant to 21 U.S.C. § 853(p), KEVIN HYUNGJIN LEE shall forfeit substitute property, if, by any act or omission of KEVIN HYUNGJIN LEE, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided

without difficulty.

(In accordance with Title 18, United States Code, Sections 981(a)(1)(C); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.)

                                            Jessica D. Aber
                                            United States Attorney

By: _____
                                            David A. Peters
                                            Assistant United States Attorney
                                            Eastern District of Virginia
                                            2100 Jamieson Avenue
                                            Alexandria, Virginia 22314
                                            (703) 299-3700
                                            david.peters@usdoj.gov
                                            monika.moore@usdoj.gov